Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Attorneys for Defendants
  *Citibank, N.A. and BPP ST Owner LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN NACHSHEN,<br><br>Plaintiff,<br><br>- against -<br><br>BPP ST OWNER LLC AND CITIBANK NA,<br><br>Defendants. | Case No:  1:18-cv-10994-KPF |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITIBANK, N.A.

Defendant Citibank, N.A., by its undersigned attorneys, discloses pursuant to Fed. R. Civ. P. 7.1 that Citibank, N.A. is a subsidiary of Citigroup Inc., a publicly held corporation. No publicly held corporation owns ten percent or more of the stock of Citigroup Inc.

Dated:   New York, New York
         February 7, 2019

                                        ZEICHNER ELLMAN & KRAUSE LLP

                                        By: _____
                                        Barry J. Glickman, Esq.
                                        Attorneys for Defendants
                                          BPP ST Owner LLC and Citibank,
                                          N.A.
                                        1211 Avenue of the Americas
                                        New York, New York 10036
                                        (212) 223-0400

1001476