UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          **Docket No. 1:18-cv-10994**
------------------------------------------------------------x   **(KPF)(SN)**
STEVEN NACHSHEN

                        Plaintiff,          **NOTICE OF APPEARANCE**

     v.

BPP ST OWNER LLC AND CITIBANK, N.A.,

                        Defendants.
------------------------------------------------------------x

PLEASE TAKE NOTICE that **ADAM S. HANSKI, ESQ.** of Parker Hanski LLC appears as counsel for the plaintiff, Steven Nachshen, in the above captioned matter.


Dated: February 20, 2019
       New York, New York

                        **PARKER HANSKI, LLC**


               BY: _____/s_____
                    Adam S. Hanski, Esq.
                    Attorneys for Plaintiff
                    40 Worth Street, 10th Floor
                    New York, New York 10013
                    Telephone: (212) 248-7400
                    Facsimile: (212) 248-5600
                    Email: ash@parkerhanski.com

**TO ALL PARTIES BY ECF**

1