Barry J. Glickman
Bryan D. Leinbach
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
bglickman@zeklaw.com
bleinbach@zeklaw.com

Attorneys for Defendants
 *Citibank, N.A. and BPP ST Owner LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN NACHSHEN,<br><br>                           Plaintiff,<br><br>         - against -<br><br>BPP ST OWNER LLC AND CITIBANK, N.A.,<br><br>                           Defendants. | Case No.:   1:18-cv-10994-KPF<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

ENTER my appearance as an attorney in this case for defendants. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         March 5, 2019

                                                    ZEICHNER ELLMAN & KRAUSE LLP

                                                    By: _____
                                                          Bryan D. Leinbach
                                                          1211 Avenue of the Americas
                                                          New York, NY  10036
                                                          (212) 223-0400