# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

August 13, 2019

<u>Via ECF</u>
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

      **Re:**   *Steven Nachshen v. BPP ST Owner LLC and Citibank, N.A.*

         **<u>Docket No. 1:18-cv-10994 (KPF)(SN)</u>**

Dear Judge Failla:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to stay this action for the reasons identified in *Nachshen v. Village JV 500 East 11TH LLC et al*, 1:18-cv-03459 (KPF). Plaintiff's counsel will submit a status update to the Court on or before October 5, 2019 for purposes of determining whether to continue or lift the stay. And upon lifting of the stay, the parties respectfully ask the Court for forty-five (45) days to complete all discovery.

    In the alternative, should the Court deny this application, plaintiff respectfully asks for the Court to extend the deadline for the completion of all discovery from August 26, 2019 to October 25, 2019. Thank you for your time and attention to this matter. With kindest regards, I am

                              very truly yours,

                              /s/
                            Glen H. Parker, Esq.