UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| STEVEN NACHSEN, | |
|---|---|
| Plaintiff, | |
| -v.- | 18 Civ. 10994 (KPF) |
| BPP ST OWNER LLC and CITIBANK, N.A., | ORDER |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

On August 14, 2019, the Court stayed this matter. (Dkt. #22). In light of subsequent representations by Plaintiff's counsel, the stay is hereby lifted. The parties shall complete all discovery on or before January 20, 2020. The parties are hereby ORDERED to appear for a pretrial conference on February 18, 2020, at 10:30 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: December 5, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge