UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN NACHSHEN,

                        Plaintiff,

      -against-                                                  18 **CIVIL** 10994 (JPC)

                                                                         **JUDGMENT**

BPP ST OWNER LLC and CITIBANK, N.A.,

                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 29, 2021, the Court has denied the motion for substitution and, in light of Plaintiff Steven Nachshen's death, has dismissed his ADA claim as moot. The Court has declined to exercise supplemental jurisdiction over Plaintiff's remaining state and city law claims, and therefore those claims are dismissed without prejudice. The Court has also denied Defendants' request to file Exhibit 2 under seal. Defendants shall file Exhibit 2 and the unredacted memorandum of law in opposition to Plaintiff's motion for substitution within one week of the filing of the Order; accordingly, the case is closed.

**Dated:**  New York, New York

        November 1, 2021

                                                           **RUBY J. KRAJICK**
                                                              Clerk of Court
                                        **BY:**

                                                              **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/2021